**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CINDY LOU YOUNG, | ) | Civil Action No. 1:25-cv-03955-TSC |
| | ) | |
| Plaintiff, | ) | Hon. Tanya S. Chutkan |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL PRODUCTION IN SUPPORT OF
HER PENDING MOTION TO COMPEL (ECF No. 18)**

Plaintiff Cindy Lou Young respectfully submits this Notice to inform the Court of a supplemental FBI production received **after** briefing closed on her pending Motion to Compel (ECF No. 18), and to explain why that production supports the relief requested.

1. On July 1, 2026, Plaintiff received by FedEx a compact disc from the FBI enclosing a determination letter dated June 30, 2026 (a true and correct copy of which is attached as **Exhibit A**), concerning FOIPA Request No. 1671441-000, one of the FBI requests at issue in this litigation. That request sought FBI records reflecting Plaintiff's communications with members of the Capitol siege between January 6, 2021 and December 20, 2024.

2. The letter states that it is the **second interim release**; that the FBI reviewed 270 pages and released 65; that the released pages are Bates-numbered FBI (25-cv-3955)-251 through -520; and that the FBI asserts Exemptions (b)(3), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E), and Privacy Act subsection (j)(2).

3.  The 65 released pages consist entirely of the FBI's **closed criminal-investigative file** concerning Plaintiff's January 6, 2021 case (FBI file 176-WF-3366759) — two FD-302 interview reports, the trial jury verdict, an internal 'disruption' report, a NICS-removal e-mail, a February 2025 closing communication noting Plaintiff's pardon, and a grand-jury subfile.

4.  **Every released page relates solely to Plaintiff's criminal investigation.** The FBI produced a pre-existing criminal file rather than the communications the request actually sought, without demonstrating that its search was reasonably calculated to locate all responsive records. See *Oglesby v. U.S. Dep't of the Army*, 920 F.2d 57, 68 (D.C. Cir. 1990); *Valencia-Lucena v. U.S. Coast Guard*, 180 F.3d 321, 325–27 (D.C. Cir. 1999).

5.  The FBI withheld **205 of 270 pages in full** — 46 as 'Sealed Pursuant to Court Order,' 58 as pending inter-agency 'referral/consultation,' and the remainder under the exemptions above — without any document-by-document justification or segregability showing. See *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973); *Mead Data Cent., Inc. v. U.S. Dep't of the Air Force*, 566 F.2d 242, 260–61 (D.C. Cir. 1977); 5 U.S.C. § 552(b).

6.  The letter states that inter-agency consultations remain open and that the FBI 'will correspond' later. The production is therefore admittedly incomplete, confirming that the relief sought in ECF No. 18 — a supplemental response and an adequate search — remains necessary and is not moot.

**WHEREFORE**, Plaintiff respectfully requests that, in ruling on ECF No. 18, the Court consider this supplemental production and (a) order the FBI to conduct a search reasonably calculated to locate all records responsive to FOIPA Request No. 1671441-000; (b) require a *Vaughn* index and segregability showing for the withholdings in this release, with *in camera* review as needed; (c) direct the FBI to identify, by caption and docket number, the order

underlying the 46 'sealed' pages; and (d) set a firm deadline for the FBI to complete its pending consultations and produce or justify withholding the 58 referred pages.

Dated: July 1, 2026.

Respectfully submitted,

**/s/ Cindy Lou Young**
Cindy Lou Young, *Pro Se*
20 Central Street, Unit 1
Bristol, NH 03222
clyoung@breezeline.net
(603) 630-3195

### CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for Defendants, Samuel Gregg Settle, U.S. Department of Justice, USAO Civil Division, 601 D Street NW, Washington, DC 20579, samuel.settle@usdoj.gov.

**/s/ Cindy Lou Young**
Cindy Lou Young